UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-512-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| ELIZABETH GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

    Conspiracy to Commit Bank Fraud; Bank Fraud

<u>Date of Detention Hearing</u>:    December 9, 2004

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    The defendant, together with eight co-defendants, has been indicted for bank fraud

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

and conspiracy to commit bank fraud.

(2) Ms. Gutierrez has a criminal history that includes attempted felony VUCSA, shoplifting, identity theft, hit and run of an attended vehicle, making false statements, and a pending felony controlled substance charge in Cowlitz County. According to criminal records, she is associated with two alias birth dates, and an alias name. According to the Department of Corrections, the defendant was previously on supervision for three different causes, each of which was terminated unsuccessfully due to non-compliance. She failed to appear in court on several occasions.

(3) The defendant has no relatives living in the state of Washington. She has received treatment for mental health issues. Her history includes substance abuse, with relapse in November 2004, and use of prescription pain pills without a doctor's authorization.

(4) The defendant presents a risk of nonappearance based on her lack of ties to this District, her self-reported history of untreated drug abuse, potential access to fraudulent identification and non-compliance with Doc supervision. She represents a risk of danger based on her illegal drug use, her criminal history and the nature of the instant offense.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of December, 2005.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge